FILED
CHARLOTTE, NC
JUN 17 2008
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:06CV169-C

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>$20,101.00 IN UNITED STATES )<br>CURRENCY, )<br>)<br>Defendant. ) | **CONSENT ORDER<br>AND JUDGMENT** |

WHEREAS, the United States filed a verified complaint on April 7, 2006, for the forfeiture of the defendant property, and this Court found probable cause for such forfeiture and issued a warrant for arrest in rem; and,

WHEREAS, the United States mailed copies of the complaint and warrant by certified mail, return receipt requested, to Larry Darnell Connor, Jr. (hereinafter "claimant"), through counsel, as the only interested person known to the government; and,

WHEREAS, on or about June 19, 2006, the Marshals Service duly executed the warrant for arrest in rem, as shown by the Form USM-285 filed herein on June 26, 2006; and,

WHEREAS, on July 7, 2006, the Marshals Service published notice of this action in the Mecklenburg Times, as shown by the Form USM-285 filed herein on August 1, 2007; and,

WHEREAS, no person other than claimant has filed a claim or an answer herein; and,

WHEREAS, claimant stipulates that there is probable cause for forfeiture of the defendant property and that the United States District Court for the Western District of North Carolina has in rem jurisdiction over the defendant property; and,

WHEREAS, the parties have agreed that to dismissal of the complaint, without prejudice, with the total amount of the defendant property to be returned to claimant, in full settlement of all claims herein; and,

WHEREAS, claimant hereby releases and forever discharges the United States, its agents, servants and employees, their heirs, successors, or assigns, and all state or local governmental entities or law enforcement agencies and their agents, servants and employees, their heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimant or his heirs, successors, or assigns ever had, now have, or may have in the future in connection with this investigation, seizure, detention, and forfeiture; and,

THE COURT FINDS THAT:

1. A verified complaint for forfeiture of the defendant property was filed on April 7, 2006. This Court found probable cause for forfeiture and issued a warrant for arrest in rem.

2. Process was fully issued in this action and returned according to law.

3. The parties have agreed to the dismissal of the complaint, without prejudice, with the total amount of the defendant property to be returned to claimant, in full settlement.

4. The actions taken by the United States were reasonable and proper.

Based on these findings, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The complaint is hereby dismissed, without prejudice.

2. The sum of $20,101.00 shall be returned to claimant.

3. Each party is to bear its own costs of this action, including attorneys fees.

Signed this the 17th day of June, 2008.

ROBERT J. CONRAD, JR.
UNITED STATES DISTRICT JUDGE

2

ON MOTION OF AND WITH CONSENT OF THE PARTIES:

FOR THE UNITED STATES OF AMERICA:

GRETCHEN C. F. SHAPPERT
United States Attorney

By _/s/ W. A. Brafford_ Date: June 17, 2008
WILLIAM A. BRAFFORD
Assistant United States Attorney

_/s/ Larry Darnell Connor, Jr._ Date: 6-16-08
LARRY DARNELL CONNOR, JR.

_/s/ Norman Butler_ Date: 6-16-08
NORMAN BUTLER
Attorney for ~~[redacted]~~ NB

_Larry Darnell Connor, Jr._

3